UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br><br>GRETCHEN WHITMER, GOVERNOR OF MICHIGAN, ET AL.<br>    Defendants. | No. 2:19-cv-10977-RHC-DRG<br>Hon. Robert H. Cleland<br>Hon. David R. Grand |

**STIPULATION FOR ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

COME NOW the John Doe, ("Plaintiff"), by and through its attorneys, HUBBELL DUVALL, PLLC, and Gov. Gretchen Whitmer and Col. Joseph Gasper ("Defendants") through their attorney, MICHIGAN ATTORNEY GENERAL, and hereby stipulate and agree to entry of the Order submitted herewith.

                   **FOR THE PLAINTIFF**

Date: December 8, 2021      /s/ Clinton J. Hubbell
                   Clinton J. Hubbell (P72321)
                   *Attorneys for John Doe*
                   HUBBELL DUVALL, PLLC
                   26211 Central Park Blvd. Ste. 514
                   Southfield, MI 48076-4161
                   Phone: (248) 595-8617

Email: clint@hubbellduvall.com

## FOR THE DEFENDANTS

Date: <u>December 8, 2021</u>

/s/ Keith G. Clark
Keith G. Clark (P56050)
*Attorney for Defendants*
MICHIGAN DEPARTMENT OF
    ATTORNEY GENERAL
PO Box 30217
Lansing, MI 48909
Phone: (517) 335-3055
Email: clarkk33@michigan.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>v.<br><br><br>GRETCHEN WHITMER, GOVERNOR OF MICHIGAN, ET AL.<br>              Defendants. | No. 2:19-cv-10977-RHC-DRG<br>Hon. Robert H. Cleland<br>Hon. David R. Grand |

## STIPULATED ORDER GRANTING LEAVE TO PLAINTIFF FILE SECOND AMENDED COMPLAINT

This matter is before the court on stipulation of the parties agreeing that Plaintiff should be given leave to file a second amended complaint in this case, and to withdraw the pending Motion for Leave to File a Second Amended Complaint. The court has reviewed the stipulation of the parties, and based on the stipulation and discussion at the status conference held on 10/27/2021, therefore,

**IT IS HEREBY ORDERED** that the Plaintiff is Granted leave to file a second amended complaint within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint at [ECF no. 31], shall be deemed withdrawn upon filing the Second Amended Complaint.

**IT IS FURTHER ORDERED** that pursuant to the previous text order of the court, entered 10/27/2021, the Defendants shall then have six (6) weeks time to file an answer, or other motion or pleading in response to the Second Amended Complaint, starting on the date the second amended complaint is filed, or other time as agreed by the parties and/or allowed by the court.

**IT IS SO ORDERED.**

Date: December 9, 2021    s/Robert H. Cleland
                          Hon. Robert H. Cleland
                          United States District Judge