**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE,

                Plaintiff,                      CIVIL ACTION NO: 19-10977

v.

GOVERNOR OF MICHIGAN AND
MICHIGAN STATE POLICE,

                Defendants.
_____ /

## ORDER OF DISMISSAL

        The Court having been advised by counsel that the above-entitled  action has

been settled, therefore; based upon the representation of  counsel for Plaintiff and

Defendant;

      **IT IS ORDERED** that the above-entitled action be, and the same hereby is,

**DISMISSED** without costs and without prejudice to the right of either party to move within

sixty (60) days  to vacate this Order if settlement is not consummated. After 60 days from

this date, this dismissal is with prejudice.


                          s/Robert H. Cleland_____
                         ROBERT H. CLELAND
                         UNITED STATES DISTRICT JUDGE


Dated:  May 24, 2022


I hereby certify that a copy of the foregoing document was mailed to counsel of record on
this date, May 24, 2022, by electronic and/or ordinary mail.

                          s/Lisa Wagner_____
                         Case Manager and Deputy Clerk

(810) 292-6522